Order issued October 2 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01302-CV

## IN RE TIMOTHY SCOTT HARRIMAN, Relator

Original Proceeding from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F94-01553-ML

# O R D E R

Before Justices Morris, Richter, and Lang-Miers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

ELIZABETH LANG-MIERS
JUSTICE